AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

CA B-00-141

Service of the Summons and Complaint was made by me[1]

DATE: 9-14-2000

NAME OF SERVER (PRINT): Gilbert Cantu Jr.

TITLE: Process Server

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: 2301 S. Main St. McAllen TX 78503

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED

SEP 1 8 2000

Michael N. Milby
Clerk of Court

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-14-2000
Date

Signature of Server: Gilbert Cantu Jr.

SUBSCRIBED AND SWORN TO ME ON THE 14 DAY OF Sept 19 2000

Cynthia Cantu
NOTARY PUBLIC

Address of Server: 7417 N. 10th St. McAllen TX 78504

CYNTHIA C. CANTU
NOTARY PUBLIC
State of Texas
Comm. Exp. 03-21-2001

CYNTHIA C. CANTU
NOTARY PUBLIC
State of Texas
Comm. Exp. 03-21-2001

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.