4

United States District Court
Southern District of Texas
FILED

SEP 2 5 2000

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARMANDO LEAL FRANCO<br>and ALEJANDRA TREJO ARROYO,<br>PLAINTIFF | : <br> : <br> : <br> : | |
| VS. | : | CIVIL ACTION :   NO. b-00-141 |
| UNITED STATES BORDER PATROL,<br>UNITED STATES IMMIGRATION<br>AND NATURALIZATION SERVICE,<br>JOHN DOE I, and JOHN DOE II,<br>DEFENDANT | : <br> : <br> : <br> : <br> : | |

**LIST OF ENTITIES FINANCIALLY INTERESTED IN LITIGATION**

COMES NOW PLAINTIFFS ARMANDO LEAL FRANCO AND ALEJANDRA

TREJO ARROYO and states that the only persons or entities financially interested in the

litigation in the above styled and numbered cause are the parties listed above and the attorneys

representing the parties whose names are as follows:

Gilberto Hinojosa
Juan Magallanes
Eddie Trevino
MAGALLANES, HINOJOSA & TREVINO, P.C.
A Professional Corporation
1713 Boca Chica Blvd.
Brownsville, TX 78520
(956) 544-6571

Jaime M. Diez
Attorney at Law
862 W. Price Road
Brownsville, TX 78520
(956) 793-8848

Ignacio Torteya, III
TORTEYA & TORTEYA PLLC
700 E. Washington St.
Brownsville, TX 78520
(956) 550-8373

Respectfully,

MAGALLANES, HINOJOSA & TREVINO, P.C.
A Professional Corporation
1713 Boca Chica Blvd.
Brownsville, TX 78520
(956) 544-6571

By: _____
Gilberto Hinojosa
State Bar No. 09701100
Federal Id No. 3307
Attorneys for Plaintiffs