AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ TEXAS

ORIGINAL

ARMANDO LEAL FRANCO
and ALEJANDRA TREJO ARROYO,
    PLAINTIFFS

V.

UNITED STATES BORDER PATROL,
UNITED STATES IMMIGRATION AND
NATURALIZATION SERVICE, JOHN DOE I
and JOHN DOE II

## SUMMONS IN A CIVIL CASE

CASE NUMBER: B-00-141

United States District Court
Southern District of Texas
FILED

SEP 25 2000

Michael N. Milby
Clerk of Court

TO: (Name and address of defendant)

UNITED STATES ATTORNEY GENERAL
U.S. Department of Justice
10th & Constitutional Avenue, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gilberto Hinojosa
MAGALLANES, HINJOSA & TREVINO
1713 Boca Chica Blvd.
Brownsville, TX 78520
Tel.: 956/544-6571
Fax : 956/544-4290

an answer to the complaint which is herewith served upon you, within __sixty (60)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N Milby, Clerk          9-8-00

CLERK                                                                      DATE

(BY) DEPUTY CLERK

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
United States Attorney General
U.S. Dept. of Justice
9th & Constitutional Ave. N.W.
Washington, D.C. 20530

4a. Article Number
7099 2220 0001 2240 1262

4b. Service Type
☐ Registered   ☐ Insured
☒ Certified    ☐ COD
☐ Express Mail ☐ Return Receipt for Merchandise

7. Date of Delivery
SEP 19

5. Signature (Addressee)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature (Agent)
Everett Parker

PS Form 3811, November 1990    ☆U.S. GPO:1991—287-066    **DOMESTIC RETURN RECEIPT**

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7099 2220 0001 2240 1262

Article Sent To:
United States Attorney General

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark: BROWNSVILLE TX SEP 11 2000 USPS 78522-9998

Name (Please Print Clearly) (To be completed by mailer)
United States Attorney General
Street, Apt. No.; or PO Box No.
U.S. Dept. of Justice 10th & Constitutional Ave. N.W.
City, State, ZIP+4
Washington, D.C. 20530

PS Form 3800, July 1999    See Reverse for Instructions