AO 440 (Rev. 10/93) Summons In a Civil Action

# United States District Court

SOUTHERN ——— DISTRICT OF ——— TEXAS

ORIGINAL
United States District Court
Southern District of Texas
FILED
SEP 25 2000
Michael N. Milby
Clerk of Court

ARMANDO LEAL FRANCO
and ALEJANDRA TREJO ARROYO,
PLAINTIFFS

V.

UNITED STATES BORDER PATROL,
UNITED STATES IMMIGRATION AND
NATURALIZATION SERVICE, JOHN DOE I
and JOHN DOE II

## SUMMONS IN A CIVIL CASE

CASE NUMBER: B-00-141

TO: (Name and address of defendant)

MERVYN M. MOSBACKER,
UNITED STATES ATTORNEY
910 Travis, Suite 1500
P.O. Box 61129
Houston, TX 77208

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gilberto Hinojosa
MAGALLANES, HINJOSA & TREVINO
1713 Boca Chica Blvd.
Brownsville, TX 78520
Tel.: 956/544-6571
Fax : 956/544-4290

an answer to the complaint which is herewith served upon you, within **sixty (60)** _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N Milby, Clerk                    9-8-00
_____    _____
CLERK                                 DATE

(BY) DEPUTY CLERK

# OFFICERS RETURN OF SERVICE



CASE # B-00-141

COURT
Clt. Ref.#                                    Clt.# 10578

ARMANDO LEAL FRANCO AND ALEJANDRA TREJO ARROYO

VS

UNITED STATES BORDER PATROL, UNITED STATES IMMIGRATION
AND NATURALIZATION SERVICE, JOHN DOE 1, AND JOHN DOE 11,

The documents came to our hand for service on 09/14/00   Time: 15:28:45

Documents received for service:

**SUMMONS IN A CIVIL CASE, CIVIL COVER SHEET, AND
ORDER SETTING CONFERENCE**

The documents were delivered on 09/19/00   Time: 13:45:00

Executed at: 910 S. Travis St. Suite 1500
             Houston, TX 77208

to the following: **Mosbacker, Mervyn M., United States Attorney
                   By Delivery To Joann Bohman, Civil Process Clerk**

✓   PERSONALLY delivering the document to the person above.
____   SUBSTITUTE SERVICE per Order by delivering to _____ in person
       who is sixteen (16) years of age or older, at the above listed address which is the
       usual place of abode/business of the above named person.
____   POSTING per Order by securely affixing to the main entry way at the above address.

### AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have never been convicted of a felony or misdemeanor involving moral turpitude
in any state of federal jurisdicion and I have studied and am familiar with the Texas RULES
OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all
other applicable rules and statutes relating to service of citation and/or notices.

Service Fee: _____

Witness Fee Tendered: _____

Gordon W Hanna
Professional Civil Process Houston
4635 Southwest Freeway, Suite 750
Houston, Texas 77027

STATE OF TEXAS}

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct. Given my hand and seal of office this ___ day of _Sept._ 2000.

A S CEDILLO
NOTARY PUBLIC
State of Texas
Comm. Exp. 05-04-2003

NOTARY PUBLIC SIGNATURE

PCP Inv.# H0900 318