AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF TEXAS

ARMANDO LEAL FRANCO
and ALEJANDRA TREJO ARROYO,
　　　　PLAINTIFFS

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: B-00-141

UNITED STATES BORDER PATROL,
UNITED STATES IMMIGRATION AND
NATURALIZATION SERVICE, JOHN DOE I
and JOHN DOE II

United States District Court
Southern District of Texas
FILED
OCT 11 2000
Michael N. Milby, Clerk of Court

TO: (Name and address of defendant)　UNITED STATES IMMIGRATION and
NATURALIZTION SERVICE
William G. Harrington, District Director
8101 North Stemmons Freeway
Dallas, TX 75247

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gilberto Hinojosa
MAGALLANES, HINOJOSA & TREVINO
1713 Boca Chica Blvd.
Brownsville, TX 78520
Tel.: 956/544-6571
Fax : 956/544-4290

an answer to the complaint which is herewith served upon you, within **sixty (60)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk　　　　　　　　　9-8-00
CLERK　　　　　　　　　　　　　　　　　DATE

(BY) DEPUTY CLERK

# OFFICERS RETURN OF SERVICE

CASE # B00141

COURT
Clt. Ref.#           Clt.# 7172

ARMANDO LEAL FRANCO AND ALEJANDRA TREJO ARROYO

VS

UNITED STATES BORDER PATROL, UNITED STATES IMMIGRATION AND NATURALIZATION SERVICE, JOHN DOE 1, AND JOHN DOE 11,

The documents came to our hand for service on 09/21/00  Time: 12:20:51

Documents received for service:

**SUMMONS IN A CIVIL CASE, CIVIL COVER SHEET, AND ORDER SETTING CONFERENCE**

The documents were delivered on 09/28/00  Time: 12:25:00

Executed at: 8101 North Stemmons Freeway
             Dallas, TX 75247

to the following: **United States Immigration And Naturalization Service William G. Harrington, District Director-Not Available, Accepted By Alicia Johnson, Attorney, Regional Office Permission**

✓ PERSONALLY delivering the document to the person above.
___ SUBSTITUTE SERVICE per Order by delivering to _____ in person who is sixteen (16) years of age or older, at the above listed address which is the usual place of abode/business of the above named person.
___ POSTING per Order by securely affixing to the main entry way at the above address.

## AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above suit, I have never been convicted of a felony or misdemeanor involving moral turpitude in any state of federal jurisdicion and I have studied and am familiar with the Texas RULES OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all other applicable rules and statutes relating to service of citation and/or notices.

*Dwight Mullen* (signature)
Dwight Mullen
Professional Civil Process Dallas, Inc.
714 Jackson St., Suite 930
Dallas, Texas 75202

Service Fee: _____

Witness Fee Tendered: _____

STATE OF TEXAS }

## VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn declared that the statements therein contained are true and correct. Given my hand and seal of office this ___ day of Oct ____ 2000.

NOTARY PUBLIC SIGNATURE

PCP Inv.# D0900 317

PETER S. ARMSTRONG
MY COMMISSION EXPIRES
April 16, 2003