*10*

United States District Court
Southern District of Texas
**ENTERED**

DEC 1 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARMANDO LEAL FRANCO and ALEJANDRO TREJO ARROYO, | § § § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. B-00-141 |
| UNITED STATES OF AMERICA, | § § § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on December 13, 2000, the Court **GRANTED** Plaintiffs' Motion to Amend Complaint [Dkt. No. 9]; therefore, Defendant's Motion to Dismiss Pursuant to FRCP 12(b)(2) & (6) and Supporting Memorandum [Dkt. No. 8] is **MOOT**.

DONE at Brownsville, Texas, this 14 day of December 2000.

_____
Hilda G. Tagle
United States District Judge