IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 1 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ARMANDO LEAL FRANCO AND ALEJANDRA TREJO ARROYO, <br>     Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA, <br>     Defendant. | * <br> * <br> * <br> *   CIVIL ACTION No. B-00-141 <br> * <br> * <br> * |

## DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, defendant herein, by and through Mervyn M. Mosbacker, United States Attorney for the Southern District of Texas, files this its answer to Plaintiffs' First Amended Complaint and respectfully shows unto the Court as follows:

### A. INTRODUCTION

1. No answer is required to the averments made in this paragraph.

### B. JURISDICTION AND VENUE

2. No answer is required to the averments made in this paragraph.

3. No answer is required to the averments made in this paragraph.

### [D]. PARTIES

4. Admit.

5. Neither admit nor deny because the Defendant lacks information and knowledge as to the address or residence information for Alejandra Trejo Arroyo.

6. Admit.

### E. Presentment of Claim

7. Admit that a claim was submitted for plaintiff Armando Leal Franco. Admit that since the filing of this Complaint and administrative claim was filed on behalf of Plaintiff, Alejandra Trejo Arroyo; however, the status of that claim is unknown to the undersigned at this time.

### F. Claim for Relief

8. Admit the first sentence. Admit the second sentence to the extent that Plaintiff Leal was traveling with a group; whether this group was comprised solely of family members is not known by this Defendant. Defendant lacks information and knowledge as the averments in the third sentence; therefore, they are denied. As to the fourth sentence of this paragraph, Defendant admits that Border Patrol vehicles being driven by Border Patrol agents in the course and scope of their employment were on King Ranch property at the time of the accident complained of herein. The allegations contained in the fifth sentence of this paragraph are denied. Defendant admits the allegations in the sixth sentence. With regard to the seventh sentence of this paragraph, the Defendant admits that its agents may not have slowed down during their pursuit of the alien group; however, the allegations that the headlights were off and its agents "charged" at the alien group is denied. With regard to the averments in the eighth sentence, Defendant is unable to admit or deny for lack of information or knowledge; to the extent that a response is required, the averments in this sentence are denied. All allegations in the ninth sentence are denied with the exception that a Border Patrol vehicle being driven by a Border Patrol agent did run over Plaintiff Leal.

9. Admit.

2

10. This paragraph's allegations require no response as they contain argument of counsel. To the extent that a response is required, they are denied.

11. This paragraph's allegations require no response as they contain argument of counsel. To the extent that a response is required, they are denied.

12. This paragraph's allegations require no response as they contain argument of counsel. To the extent that a response is required, they are denied.

13. This paragraph's allegations require no response as they contain argument of counsel. To the extent that a response is required, they are denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

It is affirmatively alleged that plaintiff's amended complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

As a separate and complete defense hereto and waiving none of the above, it is affirmatively alleged that the injuries and/or property damages alleged in the petition were not proximately caused by a negligent or wrongful act or omission of an employee of the United States.

### THIRD AFFIRMATIVE DEFENSE

As a separate and complete defense hereto and waiving none of the above, defendant alleges that any and all injuries and damages allegedly suffered by the plaintiff were caused by plaintiff's own negligence, acts and/or omissions.

### FOURTH AFFIRMATIVE DEFENSE

As a separate and complete defense hereto and waiving none of the above, defendant alleges that plaintiff's injuries and/or property damages, if any, are the result of the contributory negligence of plaintiff.

### FIFTH AFFIRMATIVE DEFENSE

As a separate and complete defense hereto and waiving none of the above, the plaintiff has not suffered the alleged damages claimed by the plaintiff in her petition.

### SIXTH AFFIRMATIVE DEFENSE

As a separate and complete defense hereto and waiving none of the above, the plaintiff recover, if any, in this action is limited to the amount stated in the administrative claim pursuant to 28 U.S.C. §2675(b).

### SEVENTH AFFIRMATIVE DEFENSE

As a separate and complete defense hereto and waiving none of the above, plaintiff is not entitled to attorney's fees against the United States pursuant to 28 U.S.C. §2678 which provides no attorney shall charge for services rendered, fees in excess of 25% of any judgment or settlement made in this FTCA case.

### EIGHTH AFFIRMATIVE DEFENSE

As a separate and complete defense hereto and waiving none of the above, plaintiff is not entitled to pre-judgment interest under the Federal Tort Claims Act. See 28 U.S.C. 2674.

### NINTH AFFIRMATIVE DEFENSE

No jurisdiction lies over the claims of Plaintiff Arroyo because she has yet to exhaust her administrative remedies required under the Federal Tort Claims Act. See 28 U.S.C. 2675.

Any averments or allegations for which no response can be found are denied.

WHEREFORE, PREMISES CONSIDERED, the defendant prays that the plaintiffs take nothing by their suit, that the suit be dismissed with prejudice, and that the defendant have such other and further relief to which it may be entitled.

Respectfully submitted,

MERVYN M. MOSBACKER
United States Attorney

_____
NANCY L. MASSO
Assistant United States Attorney
600 E. Harrison St., No. 201
Brownsville, Texas 78520
Tel: (956) 548-2554
Fax: (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing copy of the Defendant's Answer to Plaintiff's Complaint was hand delivered to Plaintiffs' counsel, Gilberto Hinojosa, at the United States Attorney's Office on January 11, 2001.

_____
NANCY L. MASSO
Assistant United States Attorney

5