/3

# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED
JAN 29 2001
Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Koerner   ■ Fajardo |

| | | | |
|---|---|---|---|
| DATE | Jan. | 29 | 2001 |

| | | | | |
|---|---|---|---|---|
| TIME | | a.m. | 1:45 | a.m. |
| | | p.m. | 1:56 | p.m. |

| | | | |
|---|---|---|---|
| CIVIL ACTION | B | 00 | 141 |

| | |
|---|---|
| STYLE | Franco |
| | *versus* |
| | USA |

DOCKET ENTRY  *IPTC*

(HGT)   ■ Hearing;   _____ day   ☐ Bench or ☐ Jury Trial   (Rptr. Breck Record )

Gilberto Hinojosa _____ for   ■ Ptf. #_____   ☐ Deft. #_____

Nancy Masso _____ for   ☐ Ptf. #_____   ■ Deft. #_____

_____ for   ☐ Ptf. #_____   ☐ Deft. #_____

_____ for   ☐ Ptf. #_____   ☐ Deft. #_____

☐   All motions not expressly decided are denied without prejudice.

☐   Evidence taken [exhibits or testimony].

☐   Argument heard on:   ☐ all pending motions;   ☐ these topics:

☐   Miscellaneous review set: _____

☐   Rulings orally rendered on: _____

■   Comments:

Plaintiff's counsel indicated that he needed to contact client, but that he thought that he had the authority to sign the consent form to proceed before a magistrate. The Court gave counsel until Monday, February 12, 2001 to file the signed consent with the Court.