14

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| ARMANDO LEAL FRANCO AND ALEJANDRA TREJO ARROYO | * * * |
|---|---|
| v. | * CIVIL ACTION No. B-00-141 |
| UNITED STATES OF AMERICA | * * |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. §636(c).

| Signature | Party Represented | Date |
|---|---|---|
| * [signature] on behalf of | ARMANDO LEAL FRANCO | 2/12/01 |
| * [signature] on behalf of | ALEJANDRA TREJO ARROYO | 2/12/01 |
| [signature] | UNITED STATES OF AMERICA | 2/12/01 |

*PLEASE SEE FEBRUARY 8, 2001 LETTER SIGNED BY CLIENT ARMANDO LEAL. (COPY ATTACHED)

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

FELIX RECIO

to conduct all further proceedings, including final judgment.

2/13/01
DATE

[signature]
HILDA TAGLE
UNITED STATES DISTRICT JUDGE

February 8, 2001

**MAGALLANES, HINOJOSA & MANCIAS**
1713 Boca Chica Blvd.
Brownsville, TX 78520

**LAW OFFICE OF JAIME M. DIEZ**
862 W. Price Road
Brownsville, TX 78520

**TORTEYA & TORTEYA PLLC**
700 E. Washington Street
Brownsville, TX 78520

Re:   Armando Leal Franco vs. Unites States of America; Civil Action No. B-00-141; In the United States District Court for the Southern District of Texas, Brownsville Division

To Whom It May Concern:

I, Armando Leal Franco, on this the 8th day of February, 2001, hereby authorize for the above referenced case to be tried before the Magistrate Judge instead of Federal District Court Judge.

_____
ARMANDO LEAL FRANCO

SUBSCRIBED AND SWORN TO BEFORE ME on this the 8th day of February, 2001, to certify which witness my hand and official seal.

_____
Notary Public in and for
The State of Texas

ANNA M. TOPETE
MY COMMISSION EXPIRES
October 12, 2004

My Commission Expires: 10-12-04