

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 21 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

```
ARMANDO LEAL FRANCO, ET AL      *
                                *
        VS                      *   C.A. NO. B00-141
                                *        (636(c))
UNITED STATES OF AMERICA        *
```

## ORDER SETTING HEARING

An initial pretrial conference in above-captioned and numbered cause of action is hereby scheduled for **February 28, 2001, at 2:30 p.m.**

DONE at Brownsville, Texas, this 16th day of February 2001.

_____
Felix Recio
United States Magistrate Judge
U.S. Federal Building & Courthouse
600 E. Harrison
Brownsville, Texas 78520