# CHAMBERS MINUTES

Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

Law Clerk:      Jessica R Dart

Date:           Feb 28, 2001, 2:30 pm

United States District Court
Southern District of Texas
FILED

FEB 2 8 2001

Michael N. Milby
Clerk of Court

---

## C.A. NO. B00-141 (636(c))

---

| | | |
|---|---|---|
| ARMANDO LEAL FRANCO | * | Gilberto Hinojosa and Ignacio Torteya, III |
| ALEJANDRA TREJO ARROYO | * | " |
| VS | * | |
| UNITED STATES OF AMERICA | * | Nancy L Masso |

---

### INITIAL PRETRIAL CONFERENCE

Attorneys Hinojosa, Torteya and Masso appeared.

The parties agreed to the docket dates.  An order shall be filed.