# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

MAR 0 2 2001

Michael N. Milby, Clerk of
By Deputy Clerk _O.H. ___

| | | |
|---|---|---|
| ARMANDO LEAL FRANCO, ET AL | § | |
| VS | § | CIVIL ACTION NO. B00-141 |
| UNITED STATES OF AMERICA | § | (636(c)) |

## SCHEDULING ORDER

1. Trial: Estimated time to try: __3__ days.   ☐ Bench   ☐ Jury

2. New parties must be joined by:    **NONE**
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff(s)' experts will be named with a report furnished by: **April 30, 2001**
   Save Dr. McGarity and Dr. Henry who will be deposed.

4. The defendant(s)' experts must be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert, with exceptions as agreed by the parties.    **June 01, 2001**

5. Discovery must be completed by:    **November 15, 2001**
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

6. Motions will be filed by:    **December 01, 2001**

****************************************************************************

7. Joint pretrial order is due:    **December 15, 2001**
   *The plaintiff(s) is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference before Judge Recio is set for 2:00 p.m. on:    **January 10, 2002**
   *The case will remain on standby until tried.*

9. Bench trial date will be set at the final pretrial conference.

Signed **February 28, 2001**, at Brownsville, Texas.

Felix Recio
United States Magistrate Judge

17