UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 3 2001

Michael N. Milby
Clerk of Court

ARMANDO LEAL FRANCO :
and ALEJANDRA TREJO ARROYO, :
          PLAINTIFF :
           :
VS.            :   CIVIL ACTION :   NO. B-00-141
           :
UNITED STATES OF AMERICA, :
          DEFENDANT:            :

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

      COMES NOW, ARMANDO LEAL FRANCO and ALEJANDRA TREJO ARROYO, Plaintiffs, and file this their Notice of Appearance of Counsel and would respectfully show the Court as follows:

      Armando Leal Franco and Alejandra Trejo Arroyo, Plaintiffs have retained **Magallanes, Hinojosa & Mancias, P.C.,** to represent them as counsel in this cause and **Carlos Escobar** hereby enters his appearance as counsel for Plaintiffs, Armando Leal Franco and Alejandra Trejo Arroyo.

      WHEREFORE, PREMISES CONSIDERED, **Carlos Escobar** respectfully requests that his name be entered as counsel for Plaintiffs Armando Leal Franco and Alejandra Trejo Arroyo.

Respectfully submitted,

MAGALLANES, HINOJOSA & MANCIAS
1713 Boca Chica Blvd.
Brownsville, TX 78520
(956) 544-6571 - telephone
(956) 544-4290 - fax

By: _____
[For the Firm]
Carlos Escobar
State Bar No.24025351
Fed Id No. 25649

## CERTIFICATE OF SERVICE

I, **Carlos Escobar**, hereby certify that on the ___3___ day of December, 2001, a true and correct copy of the foregoing document was served on the following counsel of record via facsimile and regular mail.

Via Fax (956) 548-2549
Nancy Masso
Assistant U.S. Attorney
600 East Harrison St., No. 201
Brownsville, Texas 78520


_____
Carlos Escobar