/9

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 0 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| ARMANDO LEAL FRANCO AND ALEJANDRA TREJO ARROYO, Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | * * * * * * * * |

CIVIL ACTION No. B-00-141

## JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT FINAL PRE-TRIAL ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs and the Defendant herein move this Court for an Order extending the time in which the Parties must submit the Final Pre-Trial Order in the above captioned cause.

The parties seek this extension in order to allow ample time to complete the Final Pre-Trial Order during the holiday season. In addition, the parties are discussing the possibility of mediating this case and are attempting to schedule a mediation of this suit. And finally, the granting of this extension will not impede the progression to trial of this case and will not cause any prejudice to the parties herein.

WHEREFORE, PREMISES CONSIDERED, the parties herein ask that this Court grant an extension to January 5, 2002, to file their Final Pre-Trial Order in this cause.

Respectfully Submitted,

Attorney for Defendant

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 E. Harrison St., No. 201
Brownsville, Texas 78520
Tel: (956) 548-2554
Fax: (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

Attorney for Plaintiffs

Mr. Gilberto Hinojosa
MAGALLANES, HINOJOSA &
MANCIAS, P.C.
1713 Boca Chica Blvd
Brownsville, Texas 78520
(956) 544-6571 - voice
(956) 544-4290 - fax
State Bar No. 09701100
Federal I.D. No. 3425