20

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 21 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ARMANDO LEAL FRANCO AND ALEJANDRA TREJO ARROYO, Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | CIVIL ACTION No. B-00-141 |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT FINAL PRE-TRIAL ORDER

Today, this Court considered the Parties "Joint Motion for Extension of Time to Submit Final Pre-Trial Order." Having reviewed the motion and noting that the parties agree to the extension and that said extension will not cause delay in proceeding to trial, this Court is of the opinion that the motion should be GRANTED.

THEREFORE, IT IS ORDERED, that the Final Pre-Trial Order in this cause be submitted no later than January 5, 2002.

Signed this 21st day of December, 2001.

FELIX RECIO
United States Magistrate Judge
28 USC 636(c)