

# M I N U T E S

United States District Court
Southern District of Texas
FILED

JAN 10 2002

Michael N. Milby
Clerk of Court

Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

Courtroom Clerk:   L M Villarreal
ERO:               Gabriel Mendieta
Law Clerk:         Ryan A Byrd
CSO:               Richard Harrelson

Date:              Jan 10, 2002, 2:11 p.m. to 2:16 p.m.

---

C. A. NO. B00-141 (636(c))

---

| ARMANDO LEAL FRANCO | * | Carlos Escobar & Jaime M Diez |
| ALEJANDRA TREJO ARROYO | * | " |
| VS | * | |
| UNITED STATES OF AMERICA | * | Nancy L Masso |

---

## FINAL PRETRIAL

Attorneys Escobar, Diez and Masso appeared.

The parties announced they were ready for trial in March or April and that they would mediate the case in a couple of weeks.

BENCH TRIAL set for April 1, 2002, at 9:00 a.m.  (ETT: 2-3 days) Any objections to the exhibits shall be filed by March 20, 2002.

The plaintiffs will provide a court-approved interpreter for the trial.