23

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### ADR MEMORANDUM TO CLERK OF COURT

(To be submitted in duplicate
if case settles before ADR *or* within
10 days after completion of ADR.)

FEB 19 2002

**ARMANDO LEAL FRANCO**
**and ALEJANDRA TREJO ARROYO,**
              Plaintiffs

V.

DIVISION   Brownsville
CIVIL ACTION NO.  B-00-141

**UNITED STATES BORDER PATROL,**
**UNITED STATES IMMIGRATION SERVICE,**
**JOHN DOE I AND JOHN DOE II,**
              Defendants

ADR METHOD:   Mediation   X   Arbitration ____
                    Mini-trial ____   Summary Jury Trial ____

TYPE OF CASE: _____

1. Please check one of the following:
   The case referred to ADR settled ✓ did not settle ____

2. My total fee and expenses were: $700.00.
   (If you had no fees and expenses, please indicate if the case settled before ADR, OR if the ADR proceeding was conducted on a no-fee basis pursuant to order of the Court or agreement of the parties.)

3. Please list names, addresses and telephone numbers of all parties and all counsel of record:

| | |
|---|---|
| Armando Leal Franco and Alejandra Trejo Arroyo - Plaintiff<br>Gilberto Hinojosa - Attorney<br>J. A. Magallanes - Attorney<br>1713 Boca Chica Blvd.<br>Brownsville, Texas 78520<br>(956) 544-6571 Office<br>(956) 544-4290 Telefax | Unites States Border Patrol,<br>United States Immigration Service,<br>John Doe I and John Doe II - Defendants<br>Nancy L. Masso<br>Assistant U. S. Attorney<br>600 E. Harrison, #201<br>Brownsville, Texas 78520<br>(956) 548-2554 Office<br>(956) 548-2549 Telefax |

Date: 02/14/02

ADR PROVIDER
Name:   Alfred T. Denham
Signature: *[signature]*

SDTX-ADR-5/(Rev 6-15-93)