**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

MAR 26 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ARMANDO LEAL FRANCO, ET AL | * | |
| VS | * | C.A. No. B-00-141 |
| | | (636(c)) |
| UNITED STATES OF AMERICA | * | |

## O R D E R

Since a Notice of Settlement was filed on March 12, 2002, in above- captioned cause of action, the bench trial set for April 1, 2002, is hereby **cancelled**.

A status conference is hereby set for June 20, 2002, at 2:00 p.m. The conference will be cancelled if an agreed order of dismissal is filed before said date.

DONE at Brownsville, Texas, on 25th day of March 2002.

_____
Felix Recio
United States Magistrate Judge